☐ **ORIGINAL**

JUDG
TIMOTHY S. CORY, ESQ.
Nevada Bar No. 1972
**TIMOTHY S. CORY & ASSOCIATES**
8831 West Sahara Avenue
Las Vegas, Nevada 89117
Telephone (702) 388-1996
tim.cory@corylaw.us
Attorneys for the Petitioner

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| EMPRESA MARITIMA AMERICANA, LTD<br><br>Petitioner,<br><br>vs.<br><br>VIEW POINT GLOBAL PETROLEUM, LLC<br><br>Respondent. | Case No. 10-cv-01877-RLH-RJJ |

### **DEFAULT JUDGMENT**

Respondent, VIEW POINT GLOBAL PETROLEUM, LLC., having been regularly served with the Summons and Petition and Memorandum of Points and Authorities for an Order Confirming Arbitration Award and having failed to appear, plead or answer thereto; the legal time therefore having expired, and not having been extended, the Default of the said Respondent having been duly entered according to law, upon application of said Petitioner to the Clerk of the Court for the entry of judgment in accordance with the prayer of the Petition and the Declaration of Eduardo Neri, employee and agent of EMPRESA MARITIMA AMERICAN, LTD. And good cause appearing, it is hereby

///

///

1

ORDERED that the Petitioner have judgment against the Respondent, VIEW POINT GLOBAL PETROLEUM, LLC, in the amount of $332,407.59, plus interest at 3.25% per annum, from October 30, 2009 until the date of judgment, with post-judgment interest thereafter in accordance with 28 U.S.C. § 1961.

Dated this 18th day of January, 2011.

_____
CHIEF UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

/s/ Timothy S. Cory
Timothy S. Cory
Timothy S. Cory & Associates
8831 W. Sahara Ave.
Las Vegas, NV 89117